UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MELISSA MARKWART,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cr-00174-TL-1<br><br>ORDER ON MOTION TO SEAL |

The Court, having considered Defendant Melissa Markwart's Motion to Seal Exhibit 2 in Support of the Defense Sentencing Memorandum (Dkt. No. 30) and having reviewed the exhibit (Dkt. No. 32 (sealed)), FINDS there are compelling reasons to file the document under seal. Therefore, the Court GRANTS Defendant's motion and ORDERS that Exhibit 2 be filed under seal.

Dated this 26th day of February 2025.

_____
Tana Lin
United States District Judge